IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROGER FARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00533 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| THE AMERICAN BOTTLING | ) | MAGISTRATE JUDGE FRENSLEY |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 29) recommending this case be dismissed without prejudice under Fed. R. Civ. P. 41(b) and Defendants' Motion for Summary Judgment (Doc. No. 25) be denied as moot. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed. Indeed, to date, Plaintiff has not responded to motion for summary judgment (Doc. No. 25), or to the Magistrate Judge's Order to Show Cause (Doc. No. 28), or made any other filings in the case since his attorney withdrew from the case effective October 1, 2024 (*see* Doc. No. 21).

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b). Defendants' Motion for Summary Judgment (Doc. No. 25) is **MOOT**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE